No. 129. TIMES SQUARE AUTO SUPPLY COMPANY, INC. *v.* KANSAS CITY, MISSOURI, ET AL. Appeal from the District Court of the United States for the Western District of Missouri. Argued January 2, 1924. Decided January 7, 1924. *Per Curiam.* Reversed with costs; and remanded with directions to dismiss for lack of jurisdiction, in that the bill of complaint did not show that the amount involved was in excess of $3,000. Section 24, Judicial Code, paragraph " First "; *Vance* v. *Vandercook Co., No. 2,* 170 U. S. 468, 472; *El Paso Water Co.* v. *El Paso,* 152 U. S. 157, 159; *Colvin* v. *Jacksonville,* 158 U. S. 456, 459-460. *Mr. Arthur Miller* and *Mr. Maurice H. Winger,* for appellant, submitted. *Mr. Samuel J. McCulloch* was also on the brief. *Mr. John B. Pew* and *Mr. Egbert F. Halstead,* with whom *Mr. Ilus M. Lee* was on the brief, for appellees.